**UNITED STATES of America, Appellee,**

v.

**Calvin Demonsier CLEMENTS, Appellant.**

**No. 82–5238.**

United States Court of Appeals, Fourth Circuit.

Argued Feb. 7, 1984.

Decided Feb. 28, 1984.

John Preston Bailey, Wheeling, W.Va. (Bailey, Byrum & Vieweg, Wheeling, W.Va., on brief), for appellant.

Henry Brann Altmeyer, Wheeling, W.Va. (William A. Kolibash, U.S. Atty., Wheeling, W.Va., on brief), for appellee.

Before WINTER, Chief Judge, RUSSELL, WIDENER, HALL, PHILLIPS, MURNAGHAN, SPROUSE, ERVIN, CHAPMAN, Circuit Judges, and BRYAN, Senior Circuit Judge, sitting in banc.

PER CURIAM:

On rehearing in banc, the panel opinions in *United States v. Clements,* 713 F.2d 1030 (4 Cir.1983), are vacated, and the judgment of the district court is affirmed by an equally divided court.

AFFIRMED.

**UNITED STATES of America, Appellee,**

v.

**Neville Bruce THOMPSON, Appellant.**

**No. 82–5201.**

United States Court of Appeals, Fourth Circuit.

Argued Feb. 7, 1984.

Decided Feb. 28, 1984.

Jack B. Crawley, Jr., Rocky Mount, N.C. (Spruill, Lane, McCotter & Jolly, Rocky Mount, N.C., on brief), for appellant.

Margaret I. Miller, Dept. of Justice, Washington, D.C. (Samuel T. Currin, U.S. Atty., Raleigh, N.C., on brief), for appellee.

ON PETITION FOR REHEARING

Before WINTER, Chief Judge, RUSSELL, WIDENER, HALL, PHILLIPS, MURNAGHAN, SPROUSE, ERVIN and CHAPMAN, Circuit Judges, and BRYAN, Senior Circuit Judge, sitting in banc.

PER CURIAM:

On rehearing in banc, the panel opinions in *United States v. Thompson,* 716 F.2d 248 (4 Cir.1983) are vacated, and the judgment of the district court is affirmed by an equally divided court.

AFFIRMED.